IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:22-cr-202-TFM-B |
| | ) |
| MARQUIS TAIJUAN CRAWFORD | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

On December 20, 2022, the Defendant Marquis Jaijuan Crawford, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 1343, Wire Fraud. *See* Docs. 27 and 28. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 29. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of the offense. The Defendant will remain on conditions of release.

A sentencing hearing is **SCHEDULED** to begin at **1:30 p.m.** on **March 23, 2023**.[1]

**DONE** and **ORDERED** this 4th day of January, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] The Order on Guilty Plea (Doc. 28) set the sentencing date and time for March 23, 2023 at 11:30 a.m. Due to a clerical error, the change in time of the sentencing hearing is made pursuant to Rule 36 of the Federal Rules of Criminal Procedure. The date remains the same.